Form G5  (20170105_bko)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-23718 |
| Lawrence Dragozetich | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING AMERICAN AIRLINES FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter comes before the Honorable Jacqueline Cox, Bankruptcy Judge for the Northern District of Illinois, Eastern Division for hearing on Creditor American Airlines Federal Credit Union's Motion for Relief from the Automatic Stay. Due notice having been served upon all parties in interest, the Court having jurisdiction and being fully advised of the premises finds:

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion is granted in all respects and American Airlines Federal Credit Union is granted relief from the automatic stay pursuant to 11 U.S.C. § 362 with respect to 2012 Jeep Grand Cherokee-V6 with Vehicle Identification Number 1C4RJFAG5CC156430.

Enter:

*Jacqueline P. Cox*
*J. Cx*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  OCT - 8 2019

**Prepared by:**
Elisa Wesche
Valentine Austriaco & Bueschel, P.C.
105 W. Adams Street, 35th Floor
Chicago, IL 60603